FILED
2012 May-07 AM 10:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES E. KNOWLES AND BEVERLY K. KNOWLES<br><br>PLAINTIFFS,<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., JAUERGUI AND LINDSEY, LLC<br><br>DEFENDANTS. | 5:11-cv-01670-AKK |

### OBJECTION TO PLAINTIFFS' NOTICE OF DEPOSITION

COMES NOW Defendant American Home Mortgage Servicing, Inc. ("AHMSI"), and objects to the Notice of Deposition of Elizabeth Boulton filed by Plaintiffs, James E. and Beverly K. Knowles ("Plaintiffs"). In support thereof, AHMSI states as follows:

1.  AHMSI objects to the date specified in Plaintiffs' deposition notice as it does not allow for a sufficient and reasonable time to make Ms. Boulton available for the deposition.

2.  AHMSI objects to the location specified in Plaintiffs' deposition notice as Ms. Boulton is not a corporate representative of AHMSI and therefore must be deposed where she is domiciled.

3.       AHMSI objects to Plaintiffs' deposition notice as it does not specify the areas upon which Ms. Boulton will be deposed and, therefore, areas of testimony set forth are vague, ambiguous, unclear and confusing, and likely seek information that is confidential, proprietary and trade secrets.

Respectfully submitted this 7th day of May, 2012.

    s/ Colin T. Dean
    Barry A. Ragsdale (ASB-2958-A38B)
    Shaun K. Ramey (ASB-6667-U73R)
    Colin T. Dean (ASB-3995-C24D)
    Attorney for Defendant American Home Mortgage Servicing, Inc.

**OF COUNSEL**:
SIROTE & PERMUTT, PC
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel:   205-930-5295
Fax:   205-930-5335

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system, which will send notification of such filing to the following:

| | |
|---|---|
| D.W. Grimsley Jr.<br>Tammy C. Woolley<br>Woolley, Edge & Grimsley, LLC<br>21 South Section Street<br>Fairhope, AL 36532 | Juaregui & Lindsey, LLC<br>2110 Devereux Circle<br>Suite 100<br>Birmingham, AL 35243 |

    /s/ Colin T. Dean
    Of Counsel